FILED: July 25, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1866
(4:17-cv-00027-JLK-RSB)
_____

BRIAN DAVID HILL

    Plaintiff - Appellant

v.

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, EOUSA; UNITED STATES DEPARTMENT OF JUSTICE, U.S. DOJ

    Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Danville |
| Originating Case Number | 4:17-cv-00027-JLK-RSB |
| Date notice of appeal filed in originating court: | 07/24/2017 |
| Appellant (s) | Brian David HIll |
| Appellate Case Number | 17-1866 |
| Case Manager | RJ Warren<br>804-916-2702 |